1
2
3
4
5
6

# IN THE UNITED STATES DISTRICT COURT

7

## FOR THE DISTRICT OF ARIZONA

8
9

Victor Deshone Johnson,

No. CV-23-01530-PHX-SMB
No. CR-18-0769-001-PHX-SMB

10

Petitioner,

**ORDER**

11

v.

12

United States of America,

13

Respondent.

14
15

      United States Magistrate Judge Camille Bibles has issued a report and

16

recommendation ("R&R") recommending that Defendant Johnson's Motion to Vacate, Set

17

Aside, or Correction Sentence b a Person in Federal Custody pursuant to 28 U.S.C. § 2255

18

(CV ECF No. 1), be denied.  (Doc. 6)   The Magistrate Judge advised the parties that they

19

had fourteen days to file objections to the R&R.  (R&R at 5) (citing Rule 72, Federal Rules

20

of Civil Procedure) No objection has been filed, which relieves the Court of its obligation

21

to review the R&R. See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b)(3);Thomas v. Arn,

22

474 U.S. 140, 149 (1985); United States v. Reyna-Tapia, 328 F.3d 1114, 1121 (9th Cir.

23

2003).  Nevertheless, the Court has reviewed the pleadings and agrees with the analysis of

24

Magistrate Judge Bibles.  The Court will accept and adopt the R&R.

25

      **IT IS THEREFORE ORDERED** that Report and Recommendation of the

26

Magistrate Judge (Doc. 6) is accepted and Defendant Johnson's Motion (Doc. 1) is denied.

27

    …

28

    …

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

      **IT IS FURTHER ORDERED** directing the Clerk of Court to enter judgment and terminate this case.

      Dated this 8th day of January, 2024.

Honorable Susan M. Brnovich
United States District Judge